UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BECK CHEVROLET CO., INC.,

                    Plaintiff,

- against -

GENERAL MOTORS, LLC,

                    Defendant.

**NOTICE OF APPEAL**

11 Civ. 2856 (AKH)

Notice is hereby given that Beck Chevrolet Co., Inc., plaintiff in the above-named case, pursuant to 28 U.S.C. § 1292 (a)(1), hereby appeals to the United States Court of Appeals for the Second Circuit from the Summary Order entered in this action on July 13, 2012 ("Summary Order") to the extent the Summary Order, *inter alia,* dismissed plaintiff's claim for preliminary and permanent injunctive relief pursuant to sections 463(2)(ff) and 469 of the New York Franchised Motor Vehicle Dealer Act, and from all other determinations in the Summary Order inextricably intertwined with that dismissal. A copy of the Summary Order is attached hereto as Exhibit A.

Dated: July 17, 2012
      New York, New York

                                                                                              ROBINSON BROG LEINWAND
                                                                                               GREENE GENOVESE & GLUCK, P.C.

By: _____
     Russell P. McRory, Esq.
     875 Third Avenue, 9th Floor
     New York, NY  10022-6225
     (212) 603-6300
     *Attorneys for Plaintiff*

TO: James C. McGrath, Esq.
      Bingham McCutchen LLP
      One Federal Street
      Boston, MA  021110-1726
      *Attorneys for Defendant*