James C. McGrath *(admitted pro hac vice)*
james.mcgrath@bingham.com
**Bingham McCutchen LLP**
One Federal Street
Boston, Massachusetts  02110-1726
Telephone:     617-951-8000
Facsimile:      617-951-8736

and

Trevor C. Wilmot
**Bingham McCutchen LLP**
399 Park Avenue
New York, New York 10022-4689
(212) 705-7000
trevor.wilmot@bingham.com

*Attorneys for Defendant*
General Motors LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BECK CHEVROLET CO., INC.,<br><br>             Plaintiff,<br><br>        -against-<br><br>GENERAL MOTORS LLC,<br><br>             Defendant. | Case Number  11-CV-2856 (AKH) |

## AMENDED DECLARATION OF SHARIF FARHAT

Sharif Farhat, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1.       I am the Vice President of Expert Analytical Services for Urban Science Applications, Incorporated ("Urban Science"), a consulting and software-development company that specializes in

dealer network analysis in the automotive industry.

2.	Attached hereto as <u>Exhibit</u> <u>L</u> is a true and accurate copy of my Amended Supplemental Expert Report (without the appendix) that I prepared in response to the Second Amended Complaint filed by Beck Chevrolet Co., Inc.  I amended my original Supplemental Expert Report to make a minor correction concerning Beck's net advertising expenses on pages 8, SUP-15A, and SUP-15B of the Report.  This correction does not affect any of my opinions.

3.	Attached hereto as <u>Exhibit</u> <u>M</u> is a true and accurate copy of my initial Expert Report (without the appendix) that I prepared in response to the Expert Report of Joseph Roesner.

4.	If called as a witness in this matter, I would testify in accordance with the facts and opinions set forth in my <u>Exhibits</u> <u>L</u> and <u>M</u>.

Sworn under penalties of perjury this 22th day of October, 2012.

_____
Sharif Farhat

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 22, 2012, he electronically filed the foregoing Declaration of Sharif Farhat using the CM/ECF system, which will send notification of such filing to the following parties:

Russell McRory
**Robinson Brog Leinwand Greene**
**Genovese & Gluck, P.C.**
875 Third Avenue
New York, New York  10022

/s/ James C. McGrath